679 A.2d 154

IN THE MATTER OF ARTHUR G. WILLIAMSON, AN ATTORNEY AT LAW.

August 7, 1996.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **ARTHUR G. WILLIAMSON** of **WEST NEW YORK,** be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **ARTHUR G. WILLIAMSON** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **ARTHUR G. WILLIAMSON,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **ARTHUR G. WILLIAMSON** provide the Office of Attorney Ethics with all his attorney account bank statements from January 1989 to present and the related cancelled checks, checkbook stubs and deposit slips; cash receipts and disbursements journals from trust and business accounts from

574

1989 to present; files pertaining to the *Thompson* and *Morrison* matters; and bank records (including cancelled checks) from January 1990 to present for the Clinton Venture; and it is further

ORDERED that **ARTHUR G. WILLIAMSON** show cause before this Court on September 9, 1996, at 2:00 p.m., Supreme Court courtroom, Hughes Justice Complex, Trenton, New Jersey, why his temporary suspension and the restraints herein should not continue pending final disposition of any ethics proceedings pending against him and further why the funds restrained from disbursement should not be transmitted by the financial institutions who are the present custodians to the Clerk of the Superior Court for deposit in the Superior Court Trust Fund, pending the further Order of this Court; and it is further

ORDERED that David E. Johnson, Jr., Esquire, or his designee, present this matter to the Court; and it is further

ORDERED that **ARTHUR G. WILLIAMSON** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.